UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1017

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | **Magistrate Case No. E1788911 (Class A)** |
| v. | ] | |
| **ADAM R. PALAMARA** | ] | **COMPLAINT** Offense on a Federal Reservation |

BEFORE the **Honorable Elizabeth A. Pascal,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **2nd day of December 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ADAM R. PALAMARA** did commit:

Unlawful Possession of a Weapon on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCR IBED V IA TEAMS PURSUANT TO RULE 4.1, FEDERAL RULES OF CR IM INAL PROCEDURE ON FEBRUARY 22, 2024.**

HONORABLE ELIZABETH A. PASCAL
**United States Magistrate Judge**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 2, 2023 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

I did observe Palamaru, Adam in possession of multiple unregistered air soft rifles at the Fort Dix Airsoft range.

The foregoing statement is based upon:

- [X] my personal observation
- [X] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/02/2023 ____________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/22/2023 9:38